UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Lola Turner, | C/A No.: 0:13-1212-JFA |
|       Plaintiff, | |
| v. | ORDER |
| Carolyn W. Colvin,<br>Commissioner of Social Security, | |
|       Defendant. | |

This matter is before the court upon motion of plaintiff's counsel, Paul T. McChesney, for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The Commissioner has responded that she does not object to the plaintiff's motion for fees in the amount of $4,111.54.

Upon review of the material submitted to the court and finding the fees to be reasonable, the plaintiff's motion for attorney's fees (ECF No. 22) is granted. The Commissioner shall pay the plaintiff attorney's fees in the amount of $4,111.54 (representing 9.25 hours at $183.75 per hour for attorneys; and 26.25 hours at $91.88 per hour for paralegals).[1]

Payment of the fees and expenses noted herein shall constitute a complete release from and bar to any and all claims plaintiff may have relating to EAJA fees in connection

---

[1] Costs are paid from the Judgment Fund, rather than from agency funds. *See* 31 U.S.C. § 1304, 28 U.S.C. § 2412(c), 2444.

with this action. This award is without prejudice to the right of plaintiff to seek attorney's fees under Section 206(b) of the Social Security Act, subject to the offset provisions of the EAJA. Further, the award of fees shall be made payable to the plaintiff. *See Astrue v. Ratliff,* 560 U.S. 586, 596–98 (2010).

    IT IS SO ORDERED.

September 8, 2014                                     Joseph F. Anderson, Jr.
Columbia, South Carolina                      United States District Judge